DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RESTORE & MORE, LLC,** a Florida Corporation, a/a/o **RACHEL HIRSCH,**
Appellant,

v.

**HOMEOWNERS CHOICE PROPERTY AND CASUALTY INSURANCE COMPANY, INC.,** a Florida Corporation,
Appellee.

No. 4D2023-1560

[September 11, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Lauren G. Burke, Judge; L.T. Case No. 50-2018-CC-001155-XXXX-MB.

Wesley T. Dunaway of Kovar Law Group, Orlando, for appellant.

Andrew A. Labbe of Groelle & Salmon, P.A., Tampa, and Amber M. Kourofsky of Groelle & Salmon, P.A., Port Saint Lucie, for appellee.

PER CURIAM.

*Affirmed. See Expert Inspections, LLC v. United Prop. & Cas. Ins. Co.*, 333 So. 3d 200 (Fla. 4th DCA 2022).

CIKLIN, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***